**Order entered December 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01150-CV

**ANNELLE R. JOHNSON, M.D., Appellant**

**V.**

**SHERMAN M.D. PROVIDER, INC., Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-17-1541**

## ORDER

Before the Court is appellee's December 10, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 18, 2019**. We caution appellee that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE